**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**COUNCIL BLUFFS DIVISION**

| | |
|---|---|
| ILENE HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-00010-JEG -CFB |
| v. ) | |
| ) | VOLUNTARY DISMISSAL |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

ILENE HARRIS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

DATED:  April 22, 2011                                RESPECTFULLY SUBMITTED,

                                                                    By:___/s/ J.D. Haas_____
                                                                            J.D. Haas, Esq. – LOCAL COUNSEL
                                                                            Krohn & Moss, Ltd.
                                                                            Attorneys for Plaintiffs,
                                                                            ILENE HARRIS